**Order entered February 26, 2014**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00627-CR

**DEON REESE EVANS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1228191-U**

## ORDER

The Court **GRANTS** appellant's February 24, 2014 second motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY (30) DAYS** from the date of this order.

/s/    DAVID EVANS
       JUSTICE